UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>TYRE WAYNE MEANS,<br><br>             Defendant. | CASE NO. 20-182-RAJ<br><br>**ORDER DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has been charged by Grand Jury Indictment with Arson, Possession of a Stolen Firearm, and two counts of Unlawful Possession of a Firearm. At age 25, defendant has had numerous contacts with law enforcement and numerous criminal convictions. He has pending charges for residential burglary and domestic violence, and convictions for assault in the third degree (domestic violence), serious injury by vehicle and obstruction, eluding, and marijuana possession. He has failed to appear for court appearances and warrants for his arrest have been issued. There is an active warrant issued by a court in Georgia. His performance on state

ORDER DETAINING DEFENDANT - 1

supervision has been poor and at the time of arrest he allegedly was living with a person in violation of a protection order.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 23rd day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DETAINING DEFENDANT - 2