Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRE WAYNE MEANS,<br><br>Defendant. | NO. CR20-182 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

Having considered the record and the parties' joint motion to continue the trial date and pretrial motions deadline, and General Order 15-20 for the Western District of Washington, the Court FINDS that for the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates (Dkt. #16) is GRANTED.  The trial date is continued to April 19, 2021, at 9:00 a.m.  All pretrial motions, including motions in limine, shall be filed no later than March 4, 2021.

ORDER GRANTING JOINT MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Means*, CR20-182 RAJ – 1

1    IT IS FURTHER ORDERED that the time between the date of this order to the new
2 trial date of April 19, 2021, is excluded in computing the time within which trial must
3 commence because the ends of justice served by granting this continuance outweigh the best
4 interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure
5 to grant this continuance would likely make trial impossible and result in a miscarriage of
6 justice, and would deny counsel for the defendant and government counsel the reasonable
7 time necessary for effective preparation, taking into account the exercise of due diligence. *Id.*
8 § (B)(i), (iv).

9    DATED this 7th day of December, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
*United States v. Means*, CR20-182 RAJ – 2