JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff  vs.  TYRE WAYNE MEANS,  Defendant. | NO. CR 20-182 RAJ  ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO |

The Court, having reviewed the Defendant Tyre Wayne Means's unopposed motion, the record in this matter and the applicable law, hereby GRANTS the Defendant's motion to proceed with a plea hearing by video (Dkt. # 19), consistent with General Order 15-20 and CARES Act § 15002(b)(2).

The Court finds that, pursuant to CARES Act § 15002(b)(2), a video plea hearing is authorized because "the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice."  Specifically, the Court finds that Mr. Means will be denied the opportunity to resolve his cases in this district and Kitsap

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO PROCEED
WITH PLEA HEARING BY VIDEO - 1

**Law Office of David Hammerstad, LLC**
**1000 2nd Avenue, Suite 3140**
**Seattle, Washington 98104**
**Tel. 206.445.0215 –Fax 206.682.3746**
**e-mail:** david@hammerstadlaw.com

County indefinitely if he is denied the opportunity for a video plea hearing, his rehabilitation will be therefore be impeded, and therefore the plea hearing in this case cannot be further delayed without serious harm to the interests of justice.

The Court directs the parties to coordinate with the criminal duty magistrate judge to schedule the videoconference plea at a mutually agreeable date and time.

DATED this 17th day of December, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO PROCEED
WITH PLEA HEARING BY VIDEO - 2

**Law Office of David Hammerstad, LLC**
**1000 2nd Avenue, Suite 3140**
**Seattle, Washington 98104**
**Tel. 206.445.0215 –Fax 206.682.3746**
**e-mail:** david@hammerstadlaw.com